**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

AMY JACKSON,                          :          Case No. 1:20-cv-799
                                      :
              Plaintiff,              :          Judge Matthew W. McFarland
                                      :
      v.                              :
                                      :
RELIANCE CONSTRUCTION                 :
SERVICES, LLC,                        :
                                      :
              Defendant.              :

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The Court, having been advised by Magistrate Judge Stephanie Bowman that this matter has settled, **ORDERS** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO


By: _____*/s/ Matthew W. McFarland*_____
    JUDGE MATTHEW W. McFARLAND