IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| AMY JACKSON, | : | Case No. 1:20-cv-799 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| RELIANCE CONSTRUCTION SERVICES, LLC, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court are four motions: (1) a motion to withdraw, from Attorney Robert Thompson, seeking to withdraw from representation of Defendants (Doc. 28); (2) Plaintiff's motion for leave to file under seal (Doc. 29), seeking to file her motion to enforce settlement under seal; (3) Plaintiff's motion to reopen the case, enforce the settlement agreement, and set a hearing (Doc. 30); and (4) Defendants' motion for extension of time to respond to the previous motion to reopen the case, enforce the settlement, and set a hearing (Doc. 31). The Court rules as follows.

*Motion to withdraw.* Because the reasons stated in his motion constitute good cause, *see* S.D. Ohio Civ. R. 83.4(c), Mr. Thompson's motion to withdraw from the representation of Defendants (Doc. 28) is **GRANTED**.

*Motion for leave to file under seal.* Plaintiff's motion for leave to file her enforcement motion under seal does not apply the required analysis under *Shane Grp., Inc. v. Blue Cross*

1

*Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016). For that reason, the motion for leave (Doc. 29) is **DENIED WITHOUT PREJUDICE** to refile applying the proper *Shane Group* analysis.

*Motion to reopen case, etc., and related motion for extension.* Plaintiff's motion to reopen the case and enforce the settlement advances substantive legal arguments. (Doc. 30.) A response is due April 20, 2022. Because they will be seeking new counsel, Defendants move for a 30-day extension of time to that response deadline. (Doc. 31.) For good cause, the motion for extension (Doc. 31) is **GRANTED**. Defendants' response to Plaintiff's motion to reopen the case and enforce settlement (Doc. 30) is due **MAY 20, 2022**. Defendants are advised to retain new counsel post-haste.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND