# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| AMY JACKSON | : | CASE NO. 1:20-CV-799 |
| PLAINTIFF, | : | JUDGE MATTHEW W. MCFARLAND |
| V. | : | |
| RELIANCE CONSTRUCTION SERVICES, LLC, ET AL., | : | JOINT MOTION TO APPROVE SETTLEMENT |
| DEFENDANTS. | : | |

NOW COME the parties, by and through their undersigned legal counsel, and hereby seek the Court's approval of the settlement they reached through Court-supervised mediation.

This case involves, among other things, claims under the Fair Labor Standards Act for wages that Plaintiff alleges she is owed from Defendants. Defendants deny liability. After Court-supervised mediation, the parties reached a confidential settlement agreement, pending the Court's approval as required by the FLSA.

Though the precise terms of the settlement are confidential, the parties represent to the Court settlement amount for Plaintiff's wage claim is $6,953.50. A separate amount has been designated for Plaintiff's attorneys' fees and for the other, non-FLSA claims asserted by Plaintiff in this matter. Both Plaintiff and Defendants are represented by counsel with extensive experience in FLSA cases and have recommended the settlement to their respective clients as being fair and reasonable under all the facts and circumstances.

For the foregoing reasons, the parties respectfully request that the Court approve the settlement. A proposed Order, approving the settlement, mooting Plaintiff's Motion to Reopen the Case (Doc. 30), and dismissing the action, is attached hereto for the Court's convenience.

Respectfully submitted,

/s/ Chris Wido, per email auth. 06/09/22     /s/ Matthew S. Okiishi
_____     _____
Chris Wido (0090441)     Matthew S. Okiishi (0096706)
**THE SPITZ LAW FIRM, LLC**     Finney Law Firm, LLC
25200 Chagrin Boulevard, Suite 200     4270 Ivy Pointe Blvd., Suite 225
Beachwood, Ohio 44122     Cincinnati, Ohio 45245
Phone: (216) 291-4744     (513) 943-6659
Fax: (216) 291-5744     (513) 943-6669-fax
Email: Chris.Wido@spitzlawfirm.com     matt@finneylawfirm.com
*Attorney for Plaintiff Amy Jackson*     *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been electronically filed on the 9th day of June 2022, and electronically served upon all counsel of record on the same date through the CM/ECF of the USDC for the Southern District of Ohio.

*/s/ Matthew S. Okiishi*
_____
Matthew S. Okiishi (0096706)